IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SHEILA LYNN TRIPLETT,

Plaintiff,

vs.

SELDIN COMPANY, ALICIA CLARK, CEO;
JENNY CLAYTON, SVP; ASHLEY
MCKIBBIN, Local Manager; SHERI WARE,
Regional Portfolio Managers; and ERICA
COATE, Regional Portfolio Manager;

Defendants.

8:23CV185

MEMORANDUM AND ORDER

Plaintiff Sheila Lynn Triplett, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis.  Filing No. 2.  Upon review of Plaintiff's Motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees.  Plaintiff is advised that the next step in her case will be for the Court to conduct an initial review of her claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2).  The Court will conduct this initial review in its normal course of business and will address her pending motion for the appointment of counsel, Filing No. 3, at that time.

Dated this 19th day of May, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge