IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHEILA LYNN TRIPLETT,<br><br>Plaintiff,<br><br>vs.<br><br>SELDIN COMPANY, ALICIA CLARK, CEO; JENNY CLAYTON, SVP; ASHLEY MCKIBBIN, Local Manager; and SHERI WARE, Regional Portfolio Managers;<br><br>Defendants. | 8:23CV185<br><br>**FINAL PROGRESSION ORDER**<br><br>**(AMENDED)** |

      The parties filed a Joint Motion to Extend Discovery, Deposition, and Dispositive Motion Deadlines. Filing No. 44. After conferring with the parties during the status conference held May 13, 2025, the Court grants the parties' motion for good cause shown.

      Accordingly,

      IT IS ORDERED that the final progression order is amended as follows:

1)    The trial and pretrial conference will not be set at this time. A status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **August 12, 2025** at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2)    The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is August 4, 2025. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by August 18, 2025.

>**Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is August 4, 2025.

4) The deadline for filing motions to dismiss and motions for summary judgment is September 4, 2025.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is September 4, 2025.

6) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. **Such requests will not be considered absent a substantial showing of good cause.**

7) All other deadlines and provisions in the Court's prior final progression order, Filing No. 35, not amended herein remain unchanged.

Dated this 13th day of May, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge

2