IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHEILA LYNN TRIPLETT,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SELDIN COMPANY, ALICIA CLARK, CEO; JENNY CLAYTON, SVP; ASHLEY MCKIBBIN, Local Manager; and SHERI WARE, Regional Portfolio Managers,<br><br>　　　　　Defendants. | 8:23CV185<br><br><br>**ORDER** |

　　　The parties in the above-captioned matter settled their claims during a settlement conference held with the Court on January 15, 2026.

　　　Accordingly,

　　　IT IS ORDERED:

　　　1) On or before **February 17, 2026**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

　　　2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

　　　3) The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 16th day of January, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge