IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHEILA LYNN TRIPLETT,<br><br>Plaintiff,<br><br>vs.<br><br>SELDIN COMPANY, ALICIA CLARK, CEO; JENNY CLAYTON, SVP; ASHLEY MCKIBBIN, Local Manager; and SHERI WARE, Regional Portfolio Managers,<br><br>Defendants. | **8:23CV185**<br><br><br>**ORDER** |

Joy Shiffermiller moved to withdraw as court appointed counsel for Plaintiff Sheila Lynn Triplett. Filing No. 79. The Court held a hearing on the motion on March 6, 2026. For the reasons set forth in the motion and on the record, the Court grants Ms. Shiffermiller's motion.

Accordingly,

IT IS ORDERED:

1) Ms. Shiffermiller's Second Motion to Withdraw as Court Appointed Counsel, Filing No. 79, is granted.

2) Plaintiff orally moved for the Court to appoint substitute counsel. The Court denied Plaintiff's oral motion for the reasons stated on the record during the hearing.

1

3) Plaintiff is proceeding pro se. If Plaintiff obtains the services of counsel, she shall have that attorney file an appearance in this case.

4) The Clerk shall add Plaintiff's address and telephone number to the docket, as set forth below, so she receives notice in this case.

> 602 2nd Ave
>
> South Sioux City, NE 68776
>
> (402) 404-9373

Dated this 6th day of March, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge

2