IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHEILA LYNN TRIPLETT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br><br>SELDIN COMPANY; ALICIA CLARK, CEO; JENNY CLAYTON, SVP; ASHLEY MCKIBBIN, Local Manager; and SHERI WARE, Regional Portfolio Manager,<br><br>　　　　　Defendants. | **8:23CV185**<br><br><br>**ORDER** |

This matter is before the Court on Plaintiff's motion for extension of time to file dismissal documents. Filing No. 116. Plaintiff seeks additional time, up to and including September 20, 2026, to comply with the Court's order requiring the parties to file a joint stipulation for dismissal or other dispositive stipulation that will fully dispose of the case. Defendant opposes the motion noting that they have performed their obligations pursuant to the settlement and already issued Plaintiff the settlement amount. Filing No. 118.

Upon review of the relevant materials, including the length of time that has lapsed since a settlement was reached on the record with the court, there is no good cause to extend the deadline. The deadline to file a joint stipulation for dismissal (or other dispositive stipulation) remains July 22, 2026. Plaintiff is warned that failure to comply with this Order will result in the undersigned recommending dismissal of this action without further notice. Accordingly,

Plaintiff's motion to extend, Filing No. 116, is denied.

IT IS ORDERED.

Dated this 9th day of July, 2026.

BY THE COURT:


_s/ Jacqueline M. DeLuca_

United States Magistrate Judge