IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SHEILA LYNN TRIPLETT,

Plaintiff,

vs.

SELDIN COMPANY; ALICIA CLARK, CEO; JENNY CLAYTON, SVP; ASHLEY MCKIBBIN, Local Manager; and SHERI WARE, Regional Portfolio Manager,

Defendants.

**8:23CV185**

**ORDER ON REQUEST TO PROCEED ON APPEAL IN FORMA PAUPERIS**

This matter is before the Court on *pro se* Plaintiff Triplett's Request to Proceed on Appeal In Forma Pauperis Without Prepayment of Fees. Filing 155. Plaintiff asks to proceed *in forma pauperis* pursuant to Federal Rule of Appellate Procedure 24(a)(3) because she was permitted to proceed *in forma pauperis* in this court. Filing 155 at 1. The Court agrees that Plaintiff meets the requirements to appeal *in forma pauperis* on appeal pursuant to Federal Rule of Appellate Procedure 24(a)(3) without the need for further supporting evidence. Accordingly,

IT IS ORDERED that *pro se* Plaintiff Triplett's Request to Proceed on Appeal In Forma Pauperis Without Prepayment of Fees, Filing 155, is granted.

Dated this 16th day of October, 2026.

BY THE COURT:

Brian C. Buescher
Chief United States District Judge